**Exhibit A**

| Clay County Circuit Court | STATE OF TENNESSEE ALIAS CIVIL SUMMONS page 1 of 1 | Case Number 2024CV17  25CV7 |
|---|---|---|

Donna Whittemore v. Gerald Alonzo Hawkins and Moss & Associates, LLC.

Served On: Moss & Associates, LLC., R/A Corporation Service Company, 2 Sun Court, Ste. 400, Peachtree Corners, GA, 30092 – via **PRIVATE PROCESS**

You are hereby summoned to defend a civil action filed against you in Circuit Court, Clay County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: 9/17/25

Clerk / Deputy Clerk: Keshia Smith

Attorney for Plaintiff: Joseph C. Johnsen, MORGAN & MORGAN – NASHVILLE, PLLC, 150 4th Ave N Suite 300, Nashville, Tennessee 37219

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to

### CERTIFICATION (IF APPLICABLE)

I, _____, Circuit Court Clerk of Clay County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____ By: _____
Please Print: Officer, Title

Agency Address _____ Signature _____

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

Notary Public / Deputy Clerk (Comm. Expires _____ )

Signature of Plaintiff _____ Plaintiff's Attorney (or Person Authorized to Serve Process)
(Attach return receipt on back)

*ADA: If you need assistance or accommodations because of a disability, please call the ADA Coordinator, Lisa Marsh, at 615-253-1470*

Rev. 03/11

# IN THE CIRCUIT COURT FOR CLAY COUNTY, TENNESSEE

| | |
|---|---|
| DONNA WHITTEMORE, | ) |
| Plaintiff, | ) CASE NO. 25CV7 |
| v. | ) JURY DEMAND (12) |
| GERALD ALONZO HAWKINS and MOSS & ASSOCIATES, LLC., | ) |
| Defendants. | ) |

FILED
Time 3:42pm
Date 9-12-25
KESHIA SMITH
Circuit Court Clerk

## COMPLAINT

COMES NOW Plaintiff Donna Whittemore for cause of action against Defendants Gerald Alonzo Hawkins and Moss & Associates, LLC., would show the Court as follows:

### Parties

1. Plaintiff Donna Whittemore is an adult citizen and resident of Celina, Clay County, Tennessee.

2. On information and belief Defendant Gerald Alonzo Hawkins is an adult citizen and resident of Colquitt, Colquitt County, Georgia.

3. On information and belief Defendant Moss & Associates, LLC., is a limited liability corporation doing business in Nashville, Tennessee, and may be served with process through its registered agent Corporation Service Company, at 2 Sun Court, Ste. 400, Peachtree Corners, GA 30092, USA. Corporation., at 992 Davidson Drive, Suite B Nashville, TN 37205 USA.

### Jurisdiction and Venue

4. Because this is a tort action for unliquidated damages in excess of $25,000.00, the Circuit Court has subject matter jurisdiction pursuant to Tenn. Code Ann. § 16-10-101.

5. The incident described in this Complaint occurred in Clay County, Tennessee, therefore venue is proper in this county pursuant to Tenn. Code Ann. § 20-4-101.

## Factual Background

6. On or about November 4, 2024, Plaintiff Donna Whittemore, was operating a motor vehicle southbound on State Route 53, in Clay County, Tennessee.

7. At the same time and location, Defendant Gerald Alonzo Hawkins was operating a motor vehicle westbound on State Route 53, in Clay County, Tennessee.

8. Defendant Gerald Alonzo Hawkins failed to yield to traffic conditions on State Route 53.

9. Defendant Gerald Alonzo Hawkins caused a crash involving the motor vehicle Plaintiff Donna Whittemore was operating.

10. At the time of the collision Plaintiff Donna Whittemore was driving her vehicle.

11. Defendant Gerald Alonzo Hawkins caused a crash involving the motor vehicle Plaintiff Donna Whittemore was operating.

12. Defendant Gerald Alonzo Hawkins is 100% at-fault for the collision.

13. Defendant Gerald Alonzo Hawkins failed to obey traffic control signals and/or signs.

14. Defendant Gerald Alonzo Hawkins failed to maintain a proper lookout.

15. Defendant Gerald Alonzo Hawkins failed to pay proper attention.

16. Defendant Gerald Alonzo Hawkins failed to keep the vehicle he was operating under proper control.

2

17. Defendant Gerald Alonzo Hawkins failed otherwise to use reasonable and due care in the operation of the vehicle he was operating so as to avoid injury to other persons using the roadway, including Plaintiff Donna Whittemore.

18. Based on Defendant Gerald Alonzo Hawkins' conduct described herein, Defendant Gerald Alonzo Hawkins was negligent.

19. Defendant Gerald Alonzo Hawkins violated Tenn. Code Ann. § 55-8-136 by failing to exercise due care to avoid striking Plaintiff Donna Whittemore, by failing to maintain a safe lookout, by failing to keep the vehicle he was driving under proper control, and by failing to devote full time and attention to operating the vehicle he was driving, under the existing circumstances to avoid endangering life, limb, or property.

20. Defendant Gerald Alonzo Hawkins failed to obey Tennessee's statutory Rules of the Road applicable to the circumstances of the collision.

21. Based on Defendant Gerald Alonzo Hawkins' conduct described herein, Defendant Gerald Alonzo Hawkins was negligent *per se*.

22. Plaintiff Donna Whittemore has suffered injuries as a direct and proximate result of the collision.

23. Plaintiff Donna Whittemore has incurred medical bills and other expenses as a direct and proximate result of the collision.

24. Plaintiff Donna Whittemore has endured physical pain and mental suffering as a direct and proximate result of the collision.

25. Plaintiff Donna Whittemore has suffered loss of enjoyment of life as a direct and proximate result of the collision.

26. Plaintiff Donna Whittemore has suffered lost wages, loss of earning capacity, or other out of pocket expenses, or some combination thereof, as a direct and proximate result of the collision.

27. Plaintiff Donna Whittemore seeks to recover for all of her damages allowed under Tennessee law.

28. Plaintiff Donna Whittemore invokes the presumptions of Tenn. Code Ann. § 55-10-311 and 312.

29. At all times relevant to the matters alleged herein, Defendant Moss & Associates, LLC., was the owner of the vehicle that Defendant Gerald Alonzo Hawkins was operating at the time of the collision.

30. At all times relevant to the matters alleged herein, Defendant Gerald Alonzo Hawkins was operating the vehicle with the permission of Defendant Moss & Associates, LLC.

31. At all times relevant to the matters alleged herein, Defendant Gerald Alonzo Hawkins was an agent, employee, or both of Defendant Moss & Associates, LLC.

32. At all times relevant to the matters alleged herein, Defendant Gerald Alonzo Hawkins was acting in the course and scope of his agency, employment, or both on behalf of Defendant Moss & Associates, LLC.

33. At all times relevant to the matters alleged herein, Defendant Moss & Associates, LLC., is vicariously responsible for the negligent acts, omissions, or both of Defendant Gerald Alonzo Hawkins under the doctrine of *respondeat superior*.

34. At all times relevant to the matters alleged herein, Defendant Moss & Associates, LLC., knew or reasonably should have known of Defendant Gerald Alonzo Hawkins propensity to operate vehicles in a negligent manner so as to create an unreasonable risk of harm to others.

**WHEREFORE**, Plaintiff Donna Whittemore respectfully requests that a jury be empaneled to hear her cause and that she be awarded compensatory damages in the amount deemed appropriate by the jury. Because Tennessee law requires a party filing lawsuit to assert a maximum dollar figure of damages sought, Plaintiff respectfully asserts that she seek the amount that a jury finds to be fair and reasonable, but not to exceed $1,000,000, costs and post-judgment interest as allowed by law, and such further relief as the Court may deem just and equitable.

Dated this the 10th day of September 2025.

Respectfully Submitted,

**MORGAN & MORGAN – NASHVILLE**

_____
Joseph C. Johnsen (BPR #25484)
150 4th Ave. North, Ste. 300
Nashville, TN 37219
Phone: (629) 221-6511
Fax: (629) 221-6533
jcjohnsen@forthepeople.com
*Attorney for Plaintiff*

4